AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Western District of Kentucky

FILED
JAMES J. VILT, JR. - CLERK
APR 22 2021 CF
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

| | |
|---|---|
| United States of America<br>v.<br>Freddy Manuel GONZALEZ<br>Xavior Caine POSEY<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 1:21mj-69-HBB<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 30, 2020__ in the county of __Simpson__ in the
__Western__ District of __Kentucky__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1958 | Use of interstate commerce facilities in the commission of murder for hire |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Bradley Brown, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __04/22/2021__

_____
Judge's signature

City and state: __Bowling Green, Kentucky__    H. Brent Brennenstuhl, US Magistrate Judge
*Printed name and title*