1:21mj-69-HBB

**AFFIDAVIT**

FILED
JAMES J. VILT, JR. - CLERK
APR 22 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

I, Bradley K. Brown, being duly sworn, depose and state that:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Department of Justice, and have been so employed since 2019. I am a graduate of the Federal Law Enforcement Training Center and the ATF National Academy. I am currently assigned to the Bowling Green Field Office.

2. The information contained in this affidavit is based on my personal knowledge and experience, and information provided by other law enforcement officers. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that Freddy Manuel GONZALEZ and Xavior Caine POSEY violated 18 U.S.C. § 1958 (Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire).

3. Brian and Miranda Russell met when they were teenagers. They dated on and off through their teenage years and then later married, having two children. After approximately sixteen years of marriage, the two separated and then divorced, but continued dating on and off.

4. Around February 2020, Miranda started dating Freddy Manuel GONZALEZ. While dating GONZALEZ, Miranda's only dealings with Brian were related to their childcare responsibilities. But in approximately October 2020, Miranda broke up with GONZALEZ and resumed her relationship with Brian. Then, around November 2020, Miranda left Brian and began dating GONZALEZ again, before breaking up with GONZALEZ on December 15, 2020. Miranda then spent every day but two with Brian, until December 30, 2020, when Brian was found shot to death in his Franklin, Kentucky home.

5. For approximately two months prior to the murder, Xavior Caine POSEY worked for GONZALEZ in the café at Kentucky Downs. POSEY considers GONZALEZ a friend and has been to GONZALEZ's home. POSEY is a convicted felon, with the following (partial) list of significant convictions:

   - 2016: Receiving Stolen Property (firearm)
   - 2016: Promoting Contraband 1st Degree
   - 2020: Assault 4th Degree Domestic Violence Minor (Misdemeanor)
   - 2020: Wanton Endangerment 2nd Degree (Misdemeanor)
   - 2020: Menacing (Misdemeanor)
   - 2020: Possession Controlled Substance 1st Degree (Methamphetamine)

GONZALEZ/POSEY Affidavit
Page 2 of 6

6. In the weeks leading up to the murder, Brian told multiple coworkers that GONZALEZ had threatened to kill him. One such incident involved GONZALEZ threatening Brian in person with a gun.

7. On December 21, 2020, POSEY sent GONZALEZ an invitation to join CashApp, a mobile payment service.[1]

8. On December 29, 2020 (the night before the murder), GONZALEZ and POSEY had the following conversation via text message[2]:

GONZALEZ, 8:13 PM: "Its up to you my man, Yea or nah"
POSEY, 8:14 PM: "Waiting on my homie to get here he eating out with"
GONZALEZ, 8:16 PM: "Okay. Just hit me up"
POSEY, 8:18 PM: "Yes sir"
GONZALEZ, 9:30 PM: "What up"
GONZALEZ, 9:45 PM: "Need to know something brother about cleaning the"
POSEY, 9:46 PM: "Just let me know if u do or not"
GONZALEZ, 9:50 PM: "U got me thinking man about this one lol. I don't"
GONZALEZ, 9:50 PM: "The kitchen area really needs it tho"
POSEY, 9:58 PM: "Right well it's up to u fam"
GONZALEZ, 9:59 PM: "I would rather u do it man bc I do trust that u ca"
POSEY, 10:00 PM: "I got u"
GONZALEZ, 10:00 PM: "Alright awesome"
GONZALEZ, 10:15 PM: "Let me know when u want me to bring u the cleaning"
POSEY, 10:15 PM: "I'll lyk in a sec"
GONZALEZ, 10:15 PM: [blank text]
POSEY, 10:45 PM: "Yo"
GONZALEZ, 11:01 PM: "Yea"
GONZALEZ, 11:02 PM: "I ended up falling asleep man sorry"
GONZALEZ, 11:03 PM: "Bored lol"
POSEY, 11:05 PM: "Come thru I'm at Same place and bring a few of tho"
GONZALEZ, 11:06 PM: " Ok"
GONZALEZ, 11:17 PM: "Be there in two min"
GONZALEZ, 11:18 PM: "Here"
POSEY, 11:18 PM: "Ok"

9. Cell tower location data from POSEY'S cell phone provider show that POSEY'S phone was in Bowling Green during the early morning hours of December 30, 2020. Then, from 5:07-6:30 AM, POSEY'S phone was in the Franklin coverage area (which includes Brian's home). At 6:30 AM, POSEY'S phone left the

---

[1] Officers obtained a Grand Jury Subpoena for records involving CashApp accounts belonging to GONZALEZ and POSEY. The subpoena was served on April 19, 2021, and officers await the return.
[2] As discussed in paragraph 19, officers later seized and searched GONZALEZ'S cell phone. The text message conversations cited in this Affidavit result from that search.

GONZALEZ/POSEY Affidavit
Page 3 of 6

Franklin coverage area. The following is a list of times (central standard time) and tower (coordinate) locations[3] where POSEY's phone was receiving and sending data within the Franklin coverage area on the morning of December 30, 2020:

| 36.739811, -86.572889 | 36.720139, -86.596667 | 36.7170194, -86.718006 |
|---|---|---|
| 5:07:11 AM | 5:11:01 AM | 6:24:46 AM |
| 5:11:42 AM | 5:13:31 AM | |
| 5:13:34 AM | 6:30:28 AM | |
| 5:15:25 AM | | |
| 5:31:47 AM | | |
| 5:39:52 AM | | |
| 5:40:11 AM | | |
| 5:44:28 AM | | |
| 5:46:12 AM | | |

10. Surveillance video from a neighbor who lived around the corner from the scene of the murder shows a truck dropping off a person at the Greenlawn Cemetery in the early morning of December 30, 2020. Greenlawn Cemetery leads to Brian's backyard. The truck later picks up the person, turns towards Brian's house, and then speeds away from the scene a short time later. According to the clock on the video, these events occurred between 5:27 AM and 5:48 AM.

11. On December 30, 2020, at approximately 6:13 AM, Franklin Police responded to a shots-fired complaint. Arriving on scene, officers heard cries for help. They found a male (subsequently identified as Brian Russell) lying in the floor. Brian had been shot three times: twice through the chest and once in the head. He died later that day. Officers recovered three spent .380 casings and a .380 caliber bullet from the crime scene.

12. On December 30, 2020, GONZALEZ and POSEY's text messages continue:

GONZALEZ, 10:03 AM: "Yo"
POSEY, 10:05 AM: "What's up"
GONZALEZ, 10:06 AM: "Not much man. Can I come get that cleaning stuff"
POSEY, 10:06 AM: "Sure"
GONZALEZ, 10:06 AM: "Where u at?"
POSEY, 10:07 PM: "Not at home can u not wait until work"
GONZALEZ, 10:07 AM: "Yea that's fine"
GONZALEZ, 10:08 AM: "I'll be leaving around 2"
POSEY, 10:08 AM: "Did I not clean it good enough"
GONZALEZ, 10:09 AM: "I haven't heard from anyone it was cleaned bc she"
GONZALEZ, 10:12 AM: "Did u clean the hoods up there?"

---

[3] The first two towers listed are the two primary towers serving the Franklin coverage area.

GONZALEZ/POSEY Affidavit
Page 4 of 6

    POSEY, 10:12 AM: "Definitely did but u can check when I get to work"
    GONZALEZ, 10:13 AM: "U working tonight"
    GONZALEZ, 8:12 PM: "Hey buddy thanks for coming in. I will get u paid"
    POSEY, 8:33 PM: "Ok"
    GONZALEZ, 8:34 PM: "Thanks again for coming in"

13. On December 31, 2020, GONZALEZ spoke with detectives in the Franklin Police Department. GONZALEZ acknowledged knowing Brian and that he had dated Miranda on and off in 2020. GONZALEZ stated that he and Brian did not like each other. GONZALEZ acknowledged that he knew where Brian lived and had been there once, but he denied anything to do with the murder.

14. GONZALEZ acknowledged that he owned a .380 caliber pistol, but stated he had given it to his sister and brother-in-law after an October 2020 incident (stemming from his break-up with Miranda) in which GONZALEZ had threated to kill himself with it. GONZALEZ stated that he did not have ammunition for the pistol, but that he had two magazines for it at his residence. GONZALEZ's sister later turned over the pistol to officers, who forensically determined that it was not the murder weapon.

15. GONZALEZ stated that when Miranda found out about the murder, she had called GONZALEZ, saying that if he had anything to do with the murder that she would come after him.

16. On January 5, 2021, GONZALEZ and POSEY's text messages continue:

POSEY, 12:00 AM: "Ok are we still going in for deep cleaning tomorro"
GONZALEZ, 12:10 AM: "No I think we are going to just take the day off m"

17. On the night of the murder, Miranda's vehicle was parked at Brian's house, as Brian had been driving it in the days preceding the murder. On January 4, 2021, officers searched Miranda's vehicle, finding a gray T-Mobile tracking device hidden near the hood-release latch under the steering wheel.

18. Within minutes of officers removing the tracking device, GONZALEZ called the Franklin Police Department and stated that he had a tracking device in Miranda's vehicle and had gotten the notification that it had been turned off. Officers asked GONZALEZ to come to the Franklin Police Department. GONZALEZ arrived within an hour, where he provided the following sworn statement (copied here as originally written):

> *I had a vehicle tracking device that plugs into a check engine plug on a car in Miranda Russell's car since Dec 15 or 16th of 2020. This device was used to souly track her to see if she was being faithful durning our relationship with each other. Not knowning the next day after putting into her car she would ask me to*

> *leave/break up. for space apart from each other. I did not know that the ex-husband was going to be using her car at any point when I put the device into her car. The device was unplugged today around 2200 on 4 Jan 2021 so this is why I'm coming forward to mention it was in her car, and why it was in her car. I was scared to even mention that it was in there and didn't even know how to get it out of the her car. No one knew it was car except me. I did not use it to follow her or Brian at any point. It was souly used to see if she was being faith towards me because she started to act distant from me.*

GONZALEZ also noted that he knew Brian had Miranda's vehicle for approximately two weeks, but that he did not expect Brian to have it that long.

19. On January 5, 2021, officers arrested GONZALEZ for First Degree Stalking, relating to his installation of the tracking device on Miranda's vehicle. Officers seized GONZALEZ's cell phone incident to his arrest, and later applied for a search warrant to search its contents.

20. GONZALEZ was housed at the Simpson County Jail, and officers listened to his jail phone calls, which were recorded. On January 6, 2021 (the day after his arrest) GONZALEZ called someone and instructed them to get a message to Jamie's nephew (POSEY), to say all they talked about was cleaning the café.

21. On January 9, 2021, officers arrested POSEY on unrelated state arrest warrants. Officers questioned POSEY about Brian's murder. POSEY stated that he was in Bowling Green the night of the murder, a statement that is inconsistent the cell-phone data referenced in paragraph 9. Officers searched POSEY incident to his arrest. In POSEY's wallet, officers found a hand-drawn blueprint of the layout of Miranda's house, annotated with her address. Miranda has never met POSEY, and she was alarmed to hear that he possessed a hand-drawn blueprint of the layout of her home.

22. A cell phone is a "facility of interstate commerce."

23. Affiant submits that the evidence outlined above establishes probable cause that Freddy Manuel GONZALEZ and Xavior Caine POSEY violated 18 U.S.C. § 1958 (Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire).

_____
Bradley K. Brown
Special Agent – ATF

GONZALEZ/POSEY Affidavit
Page 6 of 6

Sworn to before me and subscribed in my presence on this __22__ day of April 2021.

_____
H. Brent Brennenstuhl
United States Magistrate Judge