UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN
CRIMINAL ACTION NO. 1:21-CR-00018-GNS

**UNITED STATES OF AMERICA**                                            **PLAINTIFF**

vs.

**FREDDY MANUEL GONZALEZ (1)**                                          **DEFENDANT**

### ACKNOWLEDGEMENT OF WAIVER OF APPEAL RIGHTS

I hereby acknowledge that as a part of my plea agreement with the United States, I waived the right to appeal the sentence I just received from the Court.

November 5, 2024                                    _[signature]_
Date                                                Defendant's signature

FILED
JAMES J. VILT, JR. - CLERK
NOV 05 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY